IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOETTA EVERS, as personal
representative of the Estate of
Garrett Lee Evers, deceased                                          PLAINTIFF

v.                    No. 3:22-cv-119-DPM

GREENE COUNTY;  STATE OF
ARKANSAS;  STEVE FRANKS,
individually and in his official Capacity
as Sheriff of Greene County, Arkansas;
GREENE COUNTY SHERIFF'S
DEPARTMENT;  and DOES 1-5                                DEFENDANTS

## ORDER

Evers filed her lawsuit on 12 May 2022. Summons issued; but, the docket is silent about service. The ninety days for service expired 10 August 2022. FED. R. CIV. P. 4(m). No defendant has answered or appeared. Evers must file proof of service, or some other paper explaining where things stand, by 16 September 2022 or the Court will dismiss her complaint for failure to prosecute.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 August 2022