IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOETTA EVERS, as personal
representative of the Estate of Garrett Lee
Evers, deceased                                                                PLAINTIFF

v.                         No. 3:22-cv-119-DPM

GREENE COUNTY; STATE OF
ARKANSAS; STEVE FRANKS,
individually and in his official capacity as
Sheriff of Greene County, Arkansas;
GREENE COUNTY SHERIFF'S
DEPARTMENT; and DOES 1-5                                              DEFENDANTS

## JUDGMENT

Evers's complaint is dismissed with prejudice. The Court retains jurisdiction until 17 February 2025 to enforce the parties' settlement.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 December 2024